# Third District Court of Appeal

## State of Florida

Opinion filed October 26, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-191
Lower Tribunal No. 18-30920

————————

**MSP Recovery Claims, Series LLC, et al.,**
Appellants,

vs.

**Coloplast Corp., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

MSP Recovery Law Firm, Robert Strongarone, Aida M. Landa, and Janpaul Portal, for appellants.

King & Spalding, LLP, Val Leppert and Austin Evans; Squire Patton Boggs (US), LLP, Andrew R. Kruppa and Amanda E. Preston, for appellees.

Carlton Fields, P.A., Joseph H. Lang, Jr., and D. Matthew Allen (Tampa); William W. Large (Tallahassee), for the Chamber of Commerce of the United States of America, the Pharmaceutical Research and Manufacturers of America, and the Florida Justice Reform Institute, as amici curiae.

Before FERNANDEZ, C.J., and MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.